IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50133
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KATHLEEN OLIVER BONO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-91-CR-41-ALL
- - - - - - - - - -
June 23, 1999

Before DAVIS, JONES, and WIENER, Circuit Judges.

PER CURIAM:*

Kathleen Oliver Bono, federal prisoner # 56219-080 seeks leave to proceed in forma pauperis ("IFP") on appeal. Bono has failed to raise any nonfrivolous issues for appeal. See United States v. Boutwell, 896 F.2d 884, 889-90 (5th Cir. 1990)(one-judge order). Bono has presented no basis for her claims that the district court erred in imposing a fine or in ordering forfeiture of her appearance bond. Accordingly, Bono's motion to proceed IFP on appeal is DENIED. Because Bono's appeal is frivolous, it is DISMISSED. See 5TH CIR. R. 42.2.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.